DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE EDGARDO DIAZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2714

[February 6, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph George Marx, Judge; L.T. Case No. 502009CF005910A.

Jose Edgardo Diaz, South Bay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***